

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2019

No. 04-18-00978-CV

Ricardo S. **GUERRA,** Rocio R. Guerra, Laura Monreal, Alberto Monreal and SATX Guardian
Transportation, LLC,
Appellants

v.

Eva N. **VILLANUEVA,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-14708
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

On January 2, 2019, the trial court clerk filed a notification of late record stating the clerk's record was not filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE
Clerk of Court